Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111

Attorney for JOSÉ ANTONIO VÁSQUEZ

### IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:08-cr-00228 OWW |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **ORDER TO CONTINUE CHANGE OF PLEA** |
| vs. ) | **HEARING AND TRIAL SETTING** |
| ) | |
| JOSÉ ANTONIO VÁSQUEZ, *et al.*, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAUREL MONTOYA, Assistant United States Attorney for Plaintiff and the various attorneys for the defendants herein:

1. To continue the date for change of plea hearing and trial setting currently set for June 8, 2009, to a new date of August 3, 2009.

2. To exclude time until August 3, 2009 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), for defense counsel investigation, preparation and

*Stipulation and Proposed Order*                                                                                                    1

filing of motions, and through and until the date of decision on such motions pursuant to 18 U.S.C. §3161(h)(1)(F) and (J).

IT IS SO STIPULATED.

Dated:   June 2, 2009              /s/ Patience Milrod
                                    PATIENCE MILROD
                                    Attorney for defendant
                                    JOSÉ ANTONIO VÁSQUEZ

Dated:   June 2, 2009              /s/Laurel Montoya
                                    United States Attorney
                                    McGREGOR W. SCOTT
                                    By LAUREL MONTOYA
                                    Assistant U.S. Attorney

Dated:   June 2, 2009              /s/ Roger Litman
                                    ROGER LITMAN
                                    Attorney for defendant
                                    MARCOS SALDANA

Dated:   May 29, 2009              /s/Stephen Mensel
                                    STEPHEN MENSEL
                                    Attorney for defendant
                                    ENRIQUE FERNANDO GUTIERREZ

**ORDER ON STIPULATION**

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that that the hearing presently set June 8, 2009, at 9:00 a.m., be continued to August 3, 2009 at 9:00 a.m. IT IS SO ORDERED.

Dated:  6/1/2009
                                    /s/OLIVER W. WANGER
                                    HON. OLIVER W. WANGER

*Stipulation and Proposed Order*                                                          2

1 | Judge of the Eastern District
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23 | *Stipulation and Proposed Order*                                                                 *3*