STEPHEN MENSEL
Attorney at Law, Cal. Bar No. 55926
1221 Van Ness Ave., Suite 305
Fresno, CA 93721.1720
Telephone: 559.237.2600

Counsel for Defendant
ENRIQUE F. GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ENRIQUE F. GUTIERREZ,<br><br>Defendant. | Case No. 1:08CR00228 OWW<br><br>STIPULATION TO CONTINUE AND ORDER |

It is hereby stipulated that the date for sentencing be continued from **October 26, 2008**, **9:00** a.m., to **November 16, 2009**, **9:00 a.m.** The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including the need for time for effective assistance of counsel pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: 10/22/09        /s/Stephen Mensel
                       STEPHEN MENSEL
                       Attorney for Defendant

DATED: 10/22/09        McGREGOR W. SCOTT, United States Attorney

                       /s/ Laurel Montoya
                       By Laurel Montoya
                       Assistant United States Attorney

**ORDER**

It is so ordered.

DATED: October 22, 2009    /s/ Oliver W. Wanger
                           OLIVER W. WANGER
                           Senior United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com