BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Rm. 4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>      v.                         )<br>                                 )<br> ENRIQUE FERNANDO GUTIERREZ,     )<br>                                 )<br>            Defendants.          )<br> _____  ) | 1:08-cr-00228-OWW<br><br>STIPULATION TO CONTINUE<br>SENTENCING HEARING AND<br>ORDER THEREON |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the sentencing hearing currently set for **December 14, 2009** be continued to **January 11, 2010 at 9:00 a.m.** The matter is not ready for sentencing and additional time is needed.

Dated: December 7, 2009                              BENJAMIN B. WAGNER
                                                     United States Attorney


                                                     By: /s/ Laurel J. Montoya
                                                     LAUREL J. MONTOYA
                                                     Assistant U.S. Attorney


Dated: December 7, 2009                              By: /s/ Stephen Mensel
                                                     STEPHEN MENSEL
                                                     Attorney for the Defendant
                                                     Gutierrez

1

ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.

**Dated:    December 7, 2009**             /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE